# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 6:17-CV-01103-AA

Plaintiff:
**John Doe,**

vs.

Defendant:
**University of Oregon, et al.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **University of Oregon c/o Amanda Walkup, 180 E. 11th Ave, Eugene, OR 97440**.

I, Kody Kennedy, being duly sworn, depose and say that on the **8th day of August, 2017** at **3:00 pm, I:**

**SERVED** the within named entity by delivering a true copy of the **Summons; Complaint** to **Andrea McClory, PIC** at the address stated above.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 10th day of August, 2017

NOTARY PUBLIC

OFFICIAL SEAL
JESSICA M WRIGHT
NOTARY PUBLIC - OREGON
COMMISSION NO. 947993
MY COMMISSION EXPIRES MARCH 3, 2020

Kody Kennedy
Process Server

**RUSH PROCESS SERVICE, INC.**
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
(503) 232-3667

Our Job Serial Number: SKS-2017010605
Ref: University of Oregon

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n