## Janet Hoffman

| | |
|---|---|
| **From:** | efilingmail@tylerhost.net |
| **Sent:** | Friday, September 16, 2016 10:57 AM |
| **To:** | Janet Hoffman |
| **Subject:** | Rejected Filing Notification |



# Filing Returned
### Envelope Number: 1364650
### Case Number: 1364650

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** The court may preserve the original submission date for the file stamp when the corrections are made in a timely manner. (See UTCR 21.080(5) for details) Please contact your local Court for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| **Reject Reason** | Rejected: |
| **Return Comment** | The Complaint and Petition for Writ of Review are separate documents and should be filed accordingly.A Proposed Judgment should accompany the Writ of Review. Please correct and resubmit. Thank you |

| Document Details | |
|---|---|
| **Case Style** | |
| **Date/Time Submitted** | 9/15/2016 4:21:54 PM PDT |
| **Filing Type:** | Complaint - Injunctive Relief - CM |
| **Activity Requested:** | EFile |
| **Filing Description** | |
| **Filed By:** | Janet Hoffman |

| Court Contact Information |
|---|
| 541-682-4020 |

**Note about credit card funds:** Any funds related to this filing will automatically be reversed back onto the card used. **Funds will become available based on your bank's rules.**

Good news … You do not need to enter all the information again.

**To resubmit a filing that has been rejected or returned for correction:**

- Log in to your account
- Locate the rejected filing in the **Filings** section of your **workspace**
- Click the **Copy This Envelope** icon, located to the right of your rejected filing

You are now in a new envelope. This envelope will show the exact information that you submitted in the rejected filing. Make the appropriate corrections to the envelope suggested by the clerk. Then, proceed to the **Summary** page and click **Submit** to resubmit your filing.

**Note:** If your envelope has accepted and rejected filings, you will need to click the **File into this Case** icon to resubmit the rejected filings. This does not copy the envelope. Therefore, information from the rejected filing will not be copied to the new envelope.

---

Please do not reply to this email. It was generated automatically by Oregon.Tylerhost.net

**Exhibit B**
**Page 2 of 2**