Richard S. Yugler, OSB #804167
ryugler@lbblawyers.com
LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Telephone: (503) 224-4100
Facsimile: (503) 224-4133

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF OREGON, SANDY WEINTRAUB, an individual acting in his personal capacity; CAROL MILLIE, an individual acting in her personal capacity; and ROBIN HOLMES, an individual acting in her personal capacity.<br><br>  Defendants. | Case No. 6:17-cv-01103-MK<br><br>**NOTICE OF VOLUNTARY PARTIAL DISMISSAL OF CLAIMS AND DEFENDANTS** |

  Pursuant to settlement filed herein (Dkt. #60) and Fed.R.Civ.P. 41(A)(ii), Plaintiff hereby voluntarily dismisses without prejudice and without costs or attorney fees to any party his First Claim for Relief alleging a Violation of Equal Protection; his Second Claim for Relief alleging Violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, *et seq.*; his Fourth Claim for Relief alleging Breach of the Covenant of Good Faith and Fair Dealing; his Sixth Claim

1 – NOTICE OF VOLUNTARY PARTIAL DISMISSAL OF CLAIMS AND DEFENDANTS

*43O1641 15976-001*

**LANDYE BENNETT BLUMSTEIN LLP**
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3600
Portland, Oregon 97201
503.224.4100 • 503.224.4133 (facsimile)

for Relief alleging Negligent Infliction of Emotional Distress, and his Seventh Claim for Relief alleging Intentional Infliction of Emotional Distress.

Pursuant to settlement (Dkt. #60) and Fed.R.Civ. P. 41(A)(ii), Plaintiff further voluntarily dismisses his claims against Defendants Sandy Weintraub, Carole Millie, and Robin Holmes without prejudice and without costs or attorney fees to any party.

DATED this 30th day of December 2019.

> /s/ Richard S. Yugler
> Richard S. Yugler, OSB #804167
> ryugler@lbblawyers.com
> Attorney for Plaintiff John Doe

2 – NOTICE OF VOLUNTARY PARTIAL DISMISSAL OF CLAIMS AND DEFENDANTS

43O1641 15976-001

**LANDYE BENNETT BLUMSTEIN** LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3600
Portland, Oregon 97201
503.224-4100 • 503.224-4133 (facsimile)

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2019, I served the foregoing NOTICE OF VOLUNTARY PARTIAL DISMISSAL OF CLAIMS on:

Amanda M. Walkup
awalkup@hershnerhunter.com
Lillian Marshall-Bass
lmarshall-bass@hershnerhunter.com
HERSHNER HUNTER, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440
   *Attorneys for Defendant*

by the following indicated method or methods:

☒   CM/ECF system transmission.

☐   E-Mail (courtesy only).

☒   Email. As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were emailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐   Facsimile communication device.

☐   First class mail, postage prepaid.

☐   Hand-delivery.

☐   Overnight courier, delivery prepaid.


*s/ Kathy Baker*
Kathy Baker, Legal Assistant to Attorney
for Plaintiff John Doe

3 – NOTICE OF VOLUNTARY PARTIAL DISMISSAL OF CLAIMS AND DEFENDANTS

*43O1641 15976-001*

**LANDYE BENNETT BLUMSTEIN LLP**
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3600
Portland, Oregon  97201
503.224-4100 ▪ 503.224-4133 (facsimile)