**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Lillian Marshall-Bass, OSB 161811**
lmarshall-bass@hershnerhunter.com
**Anthony A. Hunt, OSB 184926**
ahunt@hershnerhunter.com
Hershner Hunter, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

**Of Attorneys for Defendant**

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DISTRICT

| | |
|---|---|
| **JOHN DOE;** | Case No. 6:17-CV-01103-MK |
| Plaintiff, | |
| v. | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT** |
| **UNIVERSITY OF OREGON;** | |
| Defendant. | |

### CERTIFICATE OF CONFERRAL

Counsel for Defendant University of Oregon, certifies that, in accordance with LR 7-1(a), she has conferred with counsel for Plaintiff, and Plaintiff does not oppose this motion.

### MOTION

Pursuant to LR 16-3, Defendant moves the Court for an order extending the time for the

Page 1 – DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT

{02084773.DOCX}

parties to submit a joint status report [Dkt. No. 87] for an additional seven days, from December 2, 2020 to December 9, 2020.

Due to the complexities and delays caused by the Thanksgiving holiday and COVID-19 restrictions, including the necessity of working from home, counsel need additional time to prepare the joint status report. This matter has not yet been scheduled for a final pre-arbitration conference or arbitration hearing. This request for additional time is made in good faith and not for the purpose of delay.

DATED: December 2, 2020.                HERSHNER HUNTER, LLP


By  */s/ Lillian Marshall-Bass*
**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Lillian Marshall-Bass, OSB 161811**
Lmarshall-bass@hershnerhunter.com
**Anthony A. Hunt, OSB 184926**
ahunt@hershnerhunter.com
Telephone: (541) 686-8511
Facsimile: (541) 344-2025
**Of Attorneys for Defendant**