**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Lillian Marshall-Bass, OSB 161811**
lmarshall-bass@hershnerhunter.com
Hershner Hunter, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

**Of Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DISTRICT

| | |
|---|---|
| **JOHN DOE;** | Case No. 6:17-CV-01103-MK |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| **UNIVERSITY OF OREGON;** | |
| Defendant. | |

The parties submit the following Joint Status Report as provided in this Court's Opinion and Order dated November 18, 2020:

The parties have contacted Judge Michael J. McShane to schedule a second judicial settlement conference, which the parties anticipate will take place on January 6, 2021. The parties cannot advise this Court on the remaining issues for arbitration, the amount of time needed for the arbitration hearing, or the potential dates for arbitration until after the settlement conference. The

//

//

Page 1 – JOINT STATUS REPORT

parties respectfully request that this Court set a deadline of two weeks after conclusion of the settlement conference for the parties to file a Joint Status Report regarding these issues.

DATED: December 9, 2020.    HERSHNER HUNTER, LLP

By  */s/ Lillian Marshall-Bass*
**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Lillian Marshall-Bass, OSB 161811**
Lmarshall-bass@hershnerhunter.com
Telephone: (541) 686-8511
Facsimile: (541) 344-2025
**Of Attorneys for Defendant**

LANDYE BENNETT BLUMSTEIN, LLP

By  */s/ Richard S. Yugler*
**Richard S. Yugler, OSB 804167**
ryugler@lbblawyers.com
Telephone: (503) 224-4100
Facsimile: (503) 224-4133
**Of Attorneys for Plaintiff**

Page 2 – JOINT STATUS REPORT