**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Lillian Marshall-Bass, OSB 161811**
lmarshall-bass@hershnerhunter.com
**Anthony A. Hunt, OSB 184926**
ahunt@hershnerhunter.com
Hershner Hunter, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

**Of Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DISTRICT

| | |
|---|---|
| **JOHN DOE;** | Case No. 6:17-CV-01103-MK |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTIONS:** |
| v. | **(1) FOR EXTENSION OF TIME TO OBJECT TO PLAINTIFF'S MOTION FOR ATTORNEY FEES; AND** |
| **UNIVERSITY OF OREGON;** | |
| Defendant. | |
| | **(2) FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT** |

## CERTIFICATE OF CONFERRAL

Counsel for Defendant University of Oregon, certifies that, in accordance with LR 7-1(a), she has conferred with counsel for Plaintiff.  Plaintiff has no objection to an extension to January

Page 1 – DEFENDANT'S UNOPPOSED MOTIONS FOR EXTENSION OF TIME TO OBJECT TO PLAINTIFF'S MOTION FOR ATTORNEY FEES; AND EXTENTION OF TIME TO SUBMIT JOINT STATUS REPORT

{02084773.DOCX}

26, 2021, for Defendant to respond to Plaintiff's motion for attorney fees, if the court's deadline for the parties' joint proposed trial date is also extended to January 26, 2021.

## MOTIONS

Pursuant to LR 16-3, Defendant moves the Court for an order (1) extending the time to object to Plaintiff's Motion for Attorney Fees [Dkt 95] for an additional fourteen days, from January 12, 2021, to January 26, 2021; and (2) extending the parties' time to submit a joint status report [Dkt 99] for an additional five days, from January 20, 2021 to January 26, 2021.

The parties participated in a settlement conference on January 6, 2021, and will meet again for further settlement discussions on January 12, 2021. This matter has not yet been scheduled for a final pre-arbitration conference or arbitration hearing. This request for additional time is made in good faith and not for the purpose of delay.

DATED: January 11, 2021.            HERSHNER HUNTER, LLP

By  */s/ Amanda M. Walkup*
**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Lillian Marshall-Bass, OSB 161811**
Lmarshall-bass@hershnerhunter.com
**Anthony A. Hunt, OSB 184926**
ahunt@hershnerhunter.com
Telephone: (541) 686-8511
Facsimile: (541) 344-2025
**Of Attorneys for Defendant**