**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Lillian Marshall-Bass, OSB 161811**
lmarshall-bass@hershnerhunter.com
Hershner Hunter, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

**Of Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **JOHN DOE;** | Case No. 6:17-CV-01103-MK |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| **UNIVERSITY OF OREGON;** | |
| Defendant. | |

The parties submit the following Joint Status Report as provided in this Court's Order dated February 3, 2021. [Dkt 107].

The parties participated in a settlement conference on January 6, 2021, which continued on January 12, 2021; the Honorable Michael J. McShane presided. Judge McShane filed minutes of the proceedings reporting that the case has settled. [Dkt 105]. The parties report that the case is settled, subject to the execution of a final settlement agreement by the parties providing for complete dismissal. Negotiations have narrowed to one material issue in dispute and the parties

Page 1 – JOINT STATUS REPORT

continue to move forward to resolution of a final written settlement agreement. After execution of a final settlement agreement and exchange of consideration, which the parties anticipate will be within 30 days, the parties will submit a stipulated notice of dismissal.

DATED: March 4, 2021.                    HERSHNER HUNTER, LLP

By  */s/ Amanda M. Walkup*
**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Lillian Marshall-Bass, OSB 161811**
Lmarshall-bass@hershnerhunter.com
Telephone: (541) 686-8511
Facsimile: (541) 344-2025
**Of Attorneys for Defendant**

LANDYE BENNETT BLUMSTEIN, LLP

By  */s/ Richard S. Yugler*
**Richard S. Yugler, OSB 804167**
ryugler@lbblawyers.com
Telephone: (503) 224-4100
Facsimile: (503) 224-4133
**Of Attorneys for Plaintiff**