Richard S. Yugler, OSB #804167
ryugler@lbblawyers.com
LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Telephone: (503) 224-4100
Facsimile: (503) 224-4133

Of Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF OREGON,<br><br>        Defendant. | Case No. 6:17-cv-01103-MK<br><br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to terms of the parties' final settlement agreement, and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice and without further attorney fees, costs or disbursements to any party.

///

///

///

///

1 – STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

*4492147 15976-001*

**LANDYE BENNETT BLUMSTEIN LLP**
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3600
Portland, Oregon 97201
503.224-4100 • 503.224-4133 (facsimile)

**IT IS SO STIPULATED this** 19th **day of** March **2021:**

HERSHNER HUNTER, LLP


By  *s/ Amanda M. Walkup*
 **Amanda M. Walkup, OSB 934508**
 awalkup@hershnerhunter.com
 **Lillian Marshall-Bass, OSB 161811**
 Lmarshall-bass@hershnerhunter.com
 Telephone: (541) 686-8511
 Facsimile: (541) 344-2025
 **Of Attorneys for Defendant**


LANDYE BENNETT BLUMSTEIN, LLP


By  *s/ Richard S. Yugler*
 **Richard S. Yugler, OSB 804167**
 ryugler@lbblawyers.com
 Telephone: (503) 224-4100
 Facsimile: (503) 224-4133
 **Of Attorneys for Plaintiff**

2 – STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

*4492147 15976-001*