IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>     V.<br><br>UNIVERSITY OF OREGON,<br><br>                    Defendant. | 6:17-cv-01103-MK<br><br>JUDGMENT |

As per the parties' Stipulated Notice of Dismissal (ECF No. 109), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this is action is dismissed with prejudice and without further attorney fees, costs or disbursements to any party.

Pending motions, if any, are denied as moot. All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 22nd day of March 2021.

                                            s/ Mustafa T. Kasubhai
                                            MUSTAFA T. KASUBHAI (He / Him)
                                            United States Magistrate Judge